## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| NICHOLAS CANUP, Plaintiff, v. CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, Defendant. | Case No.: 18-cv-00863 |

## NOTICE OF SETTLEMENT

Plaintiff, NICHOLAS CANUP, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

 Respectfully submitted,
 AGRUSS LAW FIRM, LLC

 By: /s/ Michael S. Agruss
 Michael S. Agruss, ARDC No. 6281600
 4809 N. Ravenswood Avenue, Suite 419
 Chicago, IL 60640
 312-224-4695 – office
 312-253-4451 – facsimile
 michael@agrusslawfirm.com
 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 4, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael S. Agruss
Michael S. Agruss, ARDC No. 6281600